UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TERRIA WILLIAMS, | Case No. 3:26-cv-00309-MMD-CLB |
| Plaintiff, | ORDER |
| v. | |
| SHARON AMELUNG, | |
| Defendant. | |

*Pro se* Plaintiff Terria Williams filed a complaint (ECF No. 1-1 ("Complaint")) and an application to proceed *in forma pauperis* (ECF No. 1 ("Application")). Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin, recommending that the Court grant Plaintiff's Application and dismiss her Complaint with leave to amend. (ECF No. 6.) Plaintiff had until May 25, 2026 to file an objection. (*Id.*) To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Baldwin determines that Plaintiff is unable to pay the filing fee, and therefore recommends that the Court grant her Application. Moreover, Judge Baldwin screens the Complaint and recommends dismissing it for failure to state a claim, because Plaintiff's scant allegations are insufficient to state a plausible claim for relief. The Court will adopt Judge Baldwin's R&R in full.

///

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 6) is accepted and adopted in full.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is granted.

It is further ordered that Plaintiff's Complaint (ECF No. 1-1) is dismissed without prejudice and with leave to amend. Plaintiff has 30 days from the date of entry of this order to file an amended complaint curing the deficiencies of her complaint. Failure to file an amended complaint will result in dismissal of this action for failure to state a claim.

DATED THIS 1st Day of June 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE