UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TERRIA WILLIAMS, Plaintiff, v. SHARON AMELUNG, Defendant. | Case No. 3:26-cv-00309-MMD-CLB<br>ORDER |

Pro se Plaintiff Terria Williams initiated this action by filing an application to proceed *in forma pauperis* (ECF No. 1) and a civil rights complaint (ECF No. 1-1). Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Carla L. Baldwin, recommending the dismissal of this case without prejudice. (ECF No. 8.) Plaintiff had until July 20, 2026, to file an objection. (*Id.*) To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). As Judge Baldwin explained in the R&R, Plaintiff failed to comply with the Court's June 1, 2026 order (ECF No. 7 ("Order")) to file an amended complaint within 30 days. The Court warned Plaintiff that failure to comply with the Order may result in dismissal, and Plaintiff failed to comply with the Order or respond to the R&R. The Court agrees with Judge Baldwin that dismissal of this case without prejudice is proper.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 8) is accepted and adopted in full.

It is further ordered that this action is dismissed without prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 28th Day of July 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE